# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 10-288 (6) (RHK/JSM) |
| Plaintiff, | **ORDER SEALING DOCUMENT** |
| vs. | |
| Kevin Julian Straw, | |
| Defendant. | |

This matter is before the Court on the Government's Motion to Seal Document. Based upon all the records and proceedings herein, **IT IS ORDERED** that the Government's Motion (Doc. No. 490) for sealing the position paper regarding sentencing is **GRANTED**.

Dated: December 8, 2011

                                                                          s/Richard H. Kyle  
                                                                          RICHARD H. KYLE  
                                                                          United States District Judge