UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,   Criminal No. 10-288 (11) (RHK/JSM)

    Plaintiff,   **ORDER**

v.

Carla Yvonne Aldrich,

    Defendant.

---

Defendant's Motion to File Under Seal (Doc. No. 476) is **GRANTED**.

Date: December 14, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge